# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Tiefenbacher API & Ingredients | 1/19/2023 | Wire | $ 9,389.34 |
| Akorn Operating Company, LLC | Tiefenbacher API & Ingredients | 2/7/2023 | Wire | $ 46,850.43 |
| Akorn Operating Company, LLC | Tiefenbacher API & Ingredients | 2/14/2023 | Wire | $ 157,186.14 |
| | | | | $ 213,425.91 |