**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>TIEFENBACHER API & INGREDIENTS,<br><br>Defendant. | Adv. Proc. No. 25-50215 (KBO)<br><br>**Re: Adv. D.I. 1 & 3** |

**CERTIFICATION OF COUNSEL REGARDING ORDER
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE
7012(a)(2) SETTING DEADLINE FOR DEFENDANT
TIEFENBACHER API & INGREDIENTS TO ANSWER OR
<u>OTHERWISE RESPOND TO THE COMPLAINT</u>**

The undersigned counsel for George L. Miller, solely in his capacity as Chapter 7 Trustee of Akorn Holding Company LLC, Akorn Intermediate Company LLC, and Akorn Operating Company LLC, and as plaintiff in the above-captioned adversary proceeding ("<u>Plaintiff</u>"), and Tiefenbacher API & Ingredients ("<u>Defendant</u>," and together with Plaintiff, the "<u>Parties</u>") hereby certifies as follows:

1.      On February 12, 2025, Plaintiff commenced the above-captioned adversary proceeding against Defendant by filing a complaint [Adv. D.I. 1] (the "<u>Complaint</u>").

---

[1]      The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, are Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123); and Akorn Operating Company LLC (6184). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

2.      On August 22, 2025, the summons and notice of dispute resolution alternatives was filed [Adv. D.I. 3] and subsequently served with the Complaint upon Defendant under the Hague Convention.

3.      On May 8, 2026, Defendant, through its counsel, confirmed that it was served.

4.      Rule 7012(a)(2) of the Federal Rules of Bankruptcy Procedure provides that the "court must set the time to serve an answer to a complaint . . . served on a party in a foreign country." Fed. R. Bankr. P. 7012(a)(2).

5.      The Parties have agreed, subject to Court approval, that Defendant shall have until June 30, 2026, to answer or otherwise respond to the Complaint, without prejudice to seek further extensions.  Attached hereto as **Exhibit A** is a proposed form of order (the "Proposed Order") reflecting the Parties' agreement.

6.      Accordingly, Plaintiff respectfully requests that the Court enter the Proposed Order at its earliest convenience.

Dated: May 26, 2026
Wilmington, Delaware

**SAUL EWING LLP**

/s/ *Paige N. Topper*
Paige N. Topper (DE Bar No. 6470)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
paige.topper@saul.com

*Counsel for Plaintiff*