**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*,[1] | Case No. 23-10253 (KBO) |
| Debtors. | |
| GEORGE MILLER, CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATES OF AKORN HOLDING COMPANY, LLC, ET AL., | |
| Plaintiff, | Adv. Pro. No. 25-50215 (KBO) |
| v. | **Related Adv D.I.: 1 & 3** |
| TIEFENBACHER API & INGREDIENTS, | |
| Defendant. | |

## NOTICE

**PLEASE TAKE NOTICE** that the above-captioned Plaintiff hereby attaches proof of

service upon the above-captioned Defendant of the complaint and related summons [Adv. D.I. 1,

3] giving rise to this adversary proceeding, in accordance with the laws of Germany under Article

5 of the Hague Service Convention.  The attached constitutes a formal Hague Certificate of Service

issued by Germany.

---

[1]     The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

-2-

Dated:  June 12, 2026

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (DE Bar No. 5364)
Paige N. Topper (DE Bar No. 6470)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
evan.miller@saul.com
paige.topper@saul.com

*Counsel to Plaintiff George L. Miller, as Chapter 7 Trustee*