ZUSTELLUNGSZEUGNIS                                9340E/2026.0582 A

CERTIFICATE

ATTESTATION

Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,
The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

1. dass der Antrag erledigt worden ist *)
   that the document has been served *)
   que la demande a été exécutée *)

   -am (Datum)  **Hamburg, 29. April 2026**
   the (date)
   le (date)

   -in (Ort, Straße, Nummer)  D-22767 Hamburg, Van-der-Smissen-Straße 1-2
   at (place, street, number)
   à (loclité, rue, numéreo)

   a) in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a) *).
      in accordance with the provisions of sub-paragraph a) of the first paragraph of article 5 of the Convention *).
      selon les formes légales (article 5, alinéa premier, lettre a) *).

                              **XXX**

   b) in der folgenden besonderen Form *):
      in accordance with the following particular method *):
      selon la forme particuliére suivante *):

   c) durch einfache Übergabe *).
      by delivery to the addressee, who accepts it voluntarily
      par remise simple *).

Die in dem Antrag erwähnten Schriftstücke sind übergeben worden an:
The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à:

   -(Name und Stellung der Person)  Gabriele Hohorst - Angestellte
   (identity and description of person)
   (identité et qualité de la personne)

   -Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger:
   relationship to the addressee (family, business or other):
   liens de parenté, de subordination ou autres, avec le destinataire de l'acte:

2. dass der Antrag aus folgenden Gründen nicht erledigt werden konnte *):
   that the document has not been served, by reason of the following facts *):
   que la demande n'a pas été exécutée, en raison des faits suivants *):

Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten *).
In conformity with he second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement *).
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint *).

Anlagen **Zustellersuchen nebst Anlagen**
Annexes
Annexes

Zurückgesandte Schriftstücke:
Documents returned:
Piéce renvoyées:

Gegebenenfalls Erledigungstücke:              Ausgefertigt in  Hamburg  am  7. Mai 2026
In appropriate cases, documents establishing the service:   Done at                  the
Le cas échéant, les documents justificatifs de l'exécution:  Fait à                   le

                                              Unterschrift und/oder Stempel.
                                              Signature and/or stamp.
                                              Signature et/ou cachet.

*) Unzutreffendes streichen.
Delete if inappropriate.
Rayer les mentions inutiles.                  Rechtspflegerin

# ANTRAG AUF ZUSTELLUNG EINES GERICHTLICHEN ODER AUSSERGERICHTLICHEN SCHRIFTSTÜCKS IM AUSLAND
### REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Übereinkommen über die Zustellung gerichtlicher und außergerichtlicher Schriftstücke im Ausland in Zivil- oder Handelssachen, unterzeichnet in Den Haag am 15. November 1965.**

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.*

| **Bezeichnung und Anschrift der ersuchenden Stelle** | **Anschrift der Bestimmungsbehörde** |
|---|---|
| Identity and address of the applicant | Address of receiving authority |
| *Identité et adresse du requérant* | *Adresse de l'autorité destinataire* |
| L. Celeste Ingalls | Präsident des Amtsgerichts Hamburg |
| Crowe Foreign Services | Sievekingplatz 1 |
| 733 SW Vista Avenue | 20355 Hamburg |
| Portland, Oregon 97205 | Deutschland |
| USA | |
| Email: Lci@foreignservices.com | Telefon: +49 40 428 43-0 |

*(stamp: GEMEINSAME ANNAHMESTELLE eingegangen am: -9. 04. 26  12 - 13 Uhr  BEI DEM AMTSGERICHT HAMBURG)*

**Die ersuchende Stelle beehrt sich, der Bestimmungsbehörde - in zwei Stücken - die unten angegebenen Schriftstücke mit der Bitte zu übersenden, davon nach Artikel 5 des Übereinkommens ein Stück unverzüglich dem Empfänger zustellen zu lassen, nämlich:**

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, *i.e.*:

*Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :*

| **(Name und Anschrift)** |
|---|
| (identity and address) / *(identité et adresse)* |
| Tiefenbacher API & Ingredients GmbH & Co. KG |
| Van-der-Smissen-Straße 1-2 |
| 22767 Hamburg, Germany |

| | | |
|---|---|---|
| ☒ | a) | **in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe *a*)*)** <br> in accordance with the provisions of sub-paragraph *a*) of the first paragraph of Article 5 of the Convention* <br> *selon les formes légales (article 5, alinéa premier, lettre a)*  |
| ☐ | b) | **in der folgenden besonderen Form (Artikel 5 Absatz 1 Buchstabe *b*)*):** <br> in accordance with the following particular method (sub-paragraph *b*) of the first paragraph of Article 5)* <br> *selon la forme particulière suivante (article 5, alinéa premier, lettre b)** <br> _____ |
| ☐ | c) | **gegebenenfalls durch einfache Übergabe (Artikel 5 Absatz 2)*.** <br> by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)* <br> *le cas échéant, par remise simple (article 5, alinéa 2)** |

**Die Behörde wird gebeten, der ersuchenden Stelle ein Stück des Schriftstücks - und seiner Anlagen* - mit dem Zustellungszeugnis auf der Rückseite zurückzusenden oder zurücksenden zu lassen.**

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.*

### *Verzeichnis der Schriftstücke*
List of documents / *Énumération des pièces*

- Hague Summary with Warning Page
- Order
- Summons
- Notice of Dispute Resolution Alternatives
- Complaint for Avoidance and Recovery of Transfers, with Exhibit A
- all with German translation
- Case No. 23-10253 (KBO)/Adv. Proc. No. 25-50215 (KBO)

\* Wenn zutreffend.
   if appropriate / *s'il y a lieu*

| **Ausgefertigt in** Portland, Oregon USA | **Unterschrift und / oder Stempel** |
|---|---|
| Done at / *Fait à* | Signature and/or stamp / *Signature et / ou cachet* |
| **am** _7/4/2026_ | *(signature)* L Celeste Ingalls |
| the / *le* | |